1  KELLEY DRYE & WARREN
   JONATHAN COOPERMAN (*Pro hac vice* application pending)
2  ELANA GLATT (*Pro hac vice* application pending)
   101 Park Avenue
3  New York, NY 10178-0002
   Telephone: (212) 808-7800
4  Facsimile: (212) 808-7897
   jcooperman@kelleydrye.com
5
   BUCHALTER NEMER
6  A Professional Corporation
    RICHARD C. DARWIN (SBN: 161245)
7  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
8  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
9  rdarwin@buchalter.com

10 Attorneys for Plaintiff
   RAND INTERNATIONAL, INC.
11

**E-filing**

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16 RAND INTERNATIONAL, INC.          Case No. **CV 08    3897**

17         Plaintiff,                **CERTIFICATE OF INTERESTED
                                      PERSONS AND ENTITIES FILED BY**
18     vs.                           **PLAINTIFF RAND INTERNATIONAL,
                                      INC.**
19 LUCASFILM LTD.,

20         Defendant.

21

22     Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons,

23 associations of persons, firms, partnerships, corporations (including parent corporations) or other

24 entities (i) have a financial interest in the subject matter in controversy or in a party to the

25 proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be

26 substantially affected by the outcome of this proceeding:

27     1.     Toys-R-Us, Inc.

28

1

2    DATED:  August 14, 2008                BUCHALTER NEMER
                                            A Professional Corporation
3

4

5                                           By: _____
                                                  RICHARD C. DARWIN
6                                               Attorneys for Plaintiff
                                            RAND INTERNATIONAL, INC.
7

BN 2175659v1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28