UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**August 15, 2008**

**CASE NUMBER: CV 08-03897 JCS**
**CASE TITLE: RAND INTERNATIONAL INC-v-LUCASFILM LTD**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 8/15/08

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 8/15/08 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA