IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAND INTERNATIONAL, INC.,

    Plaintiff,                                                No. C 08-03897 JSW

    v.

LUCASFILM LTD.,                               **ORDER**

    Defendant.

_____/

On August 15, 2008, plaintiff Rand International, Inc. ("Rand") filed an application for a temporary restraining order and order to show cause regarding a preliminary injunction against defendant LucasFilm Ltd. ("LucasFilm"). The Court HEREBY ORDERS that LucasFilm shall file an opposition to Rand's application by no later than 12:00 p.m on August 19, 2008. LucasFilm shall deliver directly to chambers a copy of its opposition papers by no later than 12:30 p.m. on August 19, 2008. Rand may file a reply by no later than 4:00 p.m. on August 20, 2008 and shall deliver directly to chambers a copy of its reply papers by no later than 4:30 p.m. on August 20, 2008. . The Court will conduct a hearing on Rand's application at 9:00 a.m. on August 22, 2008. The Court FURTHER ORDERS that Plaintiff shall serve on LucasFilm a copy of this order by no later than 4:00 p.m. today, August 15, 2008.

**IT IS SO ORDERED.**

Dated: August 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE