KELLEY DRYE & WARREN
  JONATHAN COOPERMAN (*Pro hac vice* application pending)
  ELENA GLATT (*Pro hac vice* application pending)
101 Park Avenue
New York, NY 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jcooperman@kellydrye.com

BUCHALTER NEMER
A Professional Corporation
  RICHARD C. DARWIN (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
rdarwin@buchalter.com

Attorneys for Plaintiff
RAND INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAND INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LUCASFILM LTD., <br><br> Defendant. | Case No. CV 08-03897 JSW <br><br> **PROOF OF SERVICE** <br> [Ex Parte Application for Temporary Restraining Order and Order To Show Cause re Preliminary Injunction] |

BN 2184521v1

CV 08-03897 JSW

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing document described as:

**Ex Parte Application for Temporary Restraining Order and Order To Show Cause Re Preliminary Injunction; Notice of Ex Parte Application**

**Memorandum of Points and Authorities in Support of Plaintiff's Motion for (1) Temporary Restraining Order; and (2) Order To Show Cause re Preliminary Injunction**

**Declaration of Mark Worksman in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order To Show Cause re Preliminary Injunction**

**Proposed Order Granting Rand International's Motion for a Preliminary Injunction**

on all other parties and/or their attorney(s) of record to this action as follows:

> James S. Brosnahan, Esq.
> Morrison & Foerster LLP
> 425 Market Street, 31st Floor
> San Francisco, CA 94105-2482
>
> Attorneys for Defendant Lucasfilm Ltd.

☒ **BY MESSENGER DELIVERY**  I caused a true copy, sealed in an envelope, to be delivered by Special T Delivery, a messenger/courier service authorized by our business to deliver packages. The messenger/courier service was provided with instructions that the envelope was to be personally delivered to the addressees on the same day (C.C.P. §1011).

☒  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

☒  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 15, 2008, at San Francisco, California.

_____          _____
Mushen Aldridge                                                   (Signature)

BN 2184427v2                                                                                               CV-08-03897 JSW

PROOF OF SERVICE

BUCHALTER, NEMER, FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES