1  KELLEY DRYE & WARREN
     JONATHAN COOPERMAN (*Pro hac vice* application pending)
2    ELENA GLATT (*Pro hac vice* application pending)
   101 Park Avenue
3  New York, NY 10178-0002
   Telephone: (212) 808-7800
4  Facsimile: (212) 808-7897
   jcooperman@kellydrye.com
5
   BUCHALTER NEMER
6  A Professional Corporation
     RICHARD C. DARWIN (SBN: 161245)
7  333 Market Street, 25th Floor
   San Francisco, CA  94105-2126
8  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
9  rdarwin@buchalter.com

10 Attorneys for Plaintiff
   RAND INTERNATIONAL, INC.
11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | RAND INTERNATIONAL, INC.,            Case No. CV 08-03897 JSW

17 |          Plaintiff,                  **PROOF OF SERVICE**
                                          [Order – TRO & OSC Briefing Schedule]
18 |     vs.

19 | LUCASFILM LTD.,

20 |          Defendant.

BN 2184521v2                                                          CV 08-03897 JSW

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing document described as:

**Order [Briefing schedule –TRO and OSC re Preliminary Injunction]**

**Civil Standing Orders of Judge Jeffrey S. White**

**Proof of Service**

on all other parties and/or their attorney(s) of record to this action as follows:

> James S. Brosnahan, Esq.
> Morrison & Foerster LLP
> 425 Market Street, 31st Floor
> San Francisco, CA 94105-2482
>
> Attorneys for Defendant Lucasfilm Ltd.

[X] **BY MESSENGER DELIVERY**   I caused a true copy, sealed in an envelope, to be delivered by Special T Delivery, a messenger/courier service authorized by our business to deliver packages. The messenger/courier service was provided with instructions that the envelope was to be personally delivered to the addressees on the same day (C.C.P. §1011).

[X]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 15, 2008, at San Francisco, California.

Mushen Aldridge _____
                              (Signature)

BUCHALTER, NEMER, FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BN 2184427v3

CV-08-03897 JSW

PROOF OF SERVICE