RICHARD C. DARWIN (SBN 161245)
BUCHALTER, NEMER, FIELDS & YOUNGER
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: RAND INTERNATIONAL, INC.

Defendant: LUCASFILM, LTD.

Ref#: 241886    *    **PROOF OF SERVICE**    *    Case No.: CV08-03897 JCS

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; CERTIFICATE OF INTERESTED PERSONS AND ENTITIES FILED BY PLAINTIFF RAND INTERNATIONAL, INC.; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (JONATHAN COOPERMAN); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (JONATHAN COOPERMAN); APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (ELANA GLATT); (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE (ELANA GLATT); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN CALIFORNIA; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; REASSIGNMENT ORDER

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served    : LUCASFILM, LTD.

By serving      : Desiree Alinea, Authorized Agent

Address         : (Business)
                  1 Letterman Drive, Bldg. B
                  San Francisco, CA 94129

Date of Service: August 15, 2008

Time of Service: 2:30 PM

Person who served papers:
JARVIS D. HASKIN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $110.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1006
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 15, 2008

Signature _____