1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5
   JAMES W. HUSTON (CA SBN 115596)
6  JHuston@mofo.com
   MORRISON & FOERSTER LLP
7  12531 High Bluff Drive, Suite 100
   San Diego, California 92130-2040
8  Telephone: 858.720.5100
   Facsimile: 858.720.5125
9
   Attorneys for Defendant
10 LUCASFILM LTD.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 RAND INTERNATIONAL, INC.,           Case No. CV-08-3897-JSW

15              Plaintiff,             **NOTICE OF APPEARANCE**

16       v.

17 LUCASFILM LTD.,

18              Defendant.

NOTICE OF APPEARANCE
Case No. CV 08-03897 JSW
sf-2563691

1   PLEASE TAKE NOTICE that Judson E. Lobdell of the firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, 415.268.7000, hereby appears as counsel of record for defendant LUCASFILM LTD. in this action.

Dated: August 19, 2008

MORRISON & FOERSTER LLP

By:   /s/  Judson E. Lobdell
       Judson E. Lobdell

Attorney for Defendant
LUCASFILM LTD.

NOTICE OF APPEARANCE
Case No. CV 08-03897 JSW
sf-2563691

1