1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5
   JAMES W. HUSTON (CA SBN 115596)
6  JHuston@mofo.com
   MORRISON & FOERSTER LLP
7  12531 High Bluff Drive, Suite 100
   San Diego, California 92130-2040
8  Telephone: 858.720.5100
   Facsimile: 858.720.5125
9
   Attorneys for Defendant
10 LUCASFILM LTD.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14 | RAND INTERNATIONAL, INC.,        | Case No. CV-08-3897-JSW
15 |            Plaintiff,            | **NOTICE OF APPEARANCE**
16 |      v.                          |
17 | LUCASFILM LTD.,                  |
18 |            Defendant.            |

NOTICE OF APPEARANCE
Case No. CV 08-03897 JSW
sf-2563683
sf-2563614

1    PLEASE TAKE NOTICE that James J. Brosnahan of the firm of Morrison & Foerster
2 LLP, 425 Market Street, San Francisco, California 94105-2482, 415.268.7000, hereby appears as
3 counsel of record for defendant LUCASFILM LTD. in this action.
4
5 Dated: August 19, 2008                    MORRISON & FOERSTER LLP
6
7                                            By:      /s/  James J. Brosnahan
                                                  James J. Brosnahan
8                                               Attorney for Defendant
                                                LUCASFILM LTD.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            1
NOTICE OF APPEARANCE
Case No. CV 08-03897 JSW
sf-2563683
sf-2563614