1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| RAND INTERNATIONAL, INC., | Case No. CV-08 -3897-JSW |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION OF RAND INTERNATIONAL, INC.** |
| v. | |
| LUCASFILM LTD., | |
| Defendant. | |

[PROPOSED] ORDER DENYING APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
CASE NO. CV-08-3897-JSW
sf-2563581

1  Having considered all papers filed by the parties in connection with the Application of
2  Plaintiff Rand International, Inc. ("Rand") for a Temporary Restraining Order and Order to Show
3  Cause Re Preliminary Injunction, the papers and records on file in this action, the parties'
4  arguments at the hearing on this matter, and other matters of which the Court may properly take
5  judicial notice, the Court finds that the requirements for granting a temporary restraining order
6  and preliminary injunction have not been satisfied.  Rand has not demonstrated a likelihood of
7  success on the merits, or that it faces the immediate threat of irreparable harm.  It is also evident
8  from the record that the balance of hardships tips heavily in favor of the Defendant Lucasfilm,
9  LTD.  It is further evident that entry of temporary restraining order or preliminary injunction
10 would not be in the public interest.

Accordingly, Rand's Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction is DENIED.

IT IS SO ORDERED this _____ day of _____, 2008.

By: _____
    Honorable Jeffrey S. White
    UNITED STATES DISTRICT JUDGE

Proposed Order submitted by Morrison & Foerster LLP, counsel for LUCASFILM, LTD.