1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5
   JAMES W. HUSTON (CA SBN 115596)
6  JHuston@mofo.com
   MORRISON & FOERSTER LLP
7  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
8  Telephone: 858.720.5100
   Facsimile: 858.720.5125
9
   Attorneys for Defendant
10 LUCASFILM LTD.

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 | RAND INTERNATIONAL, INC.,            | Case No. CV-08-3897-JSW
15 |            Plaintiff,                | **PROOF OF SERVICE**
16 |     v.                               | Date:  August 22, 2008
   |                                      | Time:  9:00 a.m.
17 | LUCASFILM LTD.,                      | Ctrm:  2
   |                                      | Judge: Hon. Jeffrey S. White
18 |            Defendant.                |

PROOF OF SERVICE
Case No. CV 08-03897 JSW
sf-2563615

**PROOF OF SERVICE**

I, Rosamaría Barajas, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 425 Market Street, San Francisco, California, 94105.

On August 19, 2008, I served the following documents on all parties to the action by electronic service pursuant to the Northern District of California's ECF system.

**NOTICE OF APPEARANCE *OF JAMES J. BROSNAHAN***

**NOTICE OF APPEARANCE *OF JUDSON E. LOBDELL***

**LUCASFILM LTD.'S OPPOSITION TO RAND INTERNATIONAL, INC.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

**DEFENDANT LUCASFILM'S OBJECTIONS TO DECLARATION OF MARK WORKSMAN SUBMITTED BY PLAINTIFF RAND INTERNATIONAL IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION OF RAND INTERNATIONAL, INC.**

**DECLARATION OF KRISTINA ANDERSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF HOWARD ROFFMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF TOM E. BEYER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF DAVE ANDERMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On August 19, 2008, I served additional copies of the above-referenced documents on all parties to the action by placing true and correct copies thereof, enclosed in sealed envelopes and served by the following means to the addressees designated below:

1

PROOF OF SERVICE
Case No. CV 08-03897 JSW

1  **BY PERSONAL SERVICE:** I caused the document(s) to be delivered by hand to the office(s) of the following addressees.

2

Richard C. Darwin
3  Buchalter Nemer
333 Market Street, 25th Floor
4  San Francisco, CA 94105-2126

5  **BY OVERNIGHT DELIVERY:** I caused an envelope to be delivered to the following addressee on the following business day by UPS.

6

Jonathan K. Cooperman
7  Kelley Drye & Warren LLP
101 Park Avenue
8  New York, NY 10178-0002

9

I declare under penalty of perjury under the laws of the State of California that the
10 foregoing is true and correct, that this declaration is executed on August 19, 2008 in San Francisco, California; and that I am employed in the office of a member of the bar of this Court at
11 whose direction the service was made. .

12

| Rosamaría Barajas | /s/ Rosamaría Barajas |
|---|---|
| (typed) | (signature) |

2

PROOF OF SERVICE
Case No. CV 08-03897 JSW