**RECEIVED**

UNITED STATES DISTRICT COURT   AUG 1 4 2008

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAND INTERNATIONAL, | CASE NO. **3897** |
| Plaintiff, | (Proposed) |
| v. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| LUCASFILM, LTD. | |
| Defendant. | |

E-filing

Elana Glatt, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number (particular court to which applicant is admitted) is, KELLEY DRYE & WARREN, LLP, 101 Park Avenue, New York, NY 10178, Telephone: (212) 808-7800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Rand International.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 2 0 2008

_____
United States District Judge

BN 1891198v1