1  KELLEY DRYE & WARREN
   JONATHAN COOPERMAN (Admitted *pro hac vice*)
2  ELANA GLATT (Admitted *pro hac vice*)
   101 Park Avenue
3  New York, NY 10178-0002
   Telephone: (212) 808-7800
4  Facsimile: (212) 808-7897
   jcooperman@kelleydrye.com
5
   BUCHALTER NEMER
6  A Professional Corporation
   RICHARD C. DARWIN (SBN: 161245)
7  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
8  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
9  rdarwin@buchalter.com

10 Attorneys for Plaintiff
   RAND INTERNATIONAL, INC.

11
                  UNITED STATES DISTRICT COURT
12
               NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14

15 RAND INTERNATIONAL, INC.,              CASE NO. CV 08-3897 JSW

16              Plaintiff,               **DECLARATION OF MARK WORKSMAN
                                         IN FURTHER SUPPORT OF PLAINTIFF'S
17     v.                                EX PARTE MOTION FOR
                                         (1) TEMPORARY RESTRAINING
18 LUCASFILM LTD.,                       ORDER; AND
                                         (2) ORDER TO SHOW CAUSE RE:
19              Defendant.               PRELIMINARY INJUNCTION**

20                                       Date:       August 22, 2008
                                         Time:       9:00 a.m.
21                                       Courtroom: 2
                                         Judge:      Hon. Jeffrey S. White

22
           1.     I am the President of Plaintiff Rand International, Inc. ("Rand
23
   International"). I am fully familiar with the facts set forth below based on personal knowledge
24
   and my review of the documents and pleadings in this case.
25
           2.     I make this Declaration in further support of Rand International's motion
26
   for a temporary restraining order and preliminary injunction enjoining Defendant LucasFilm Ltd.
27

28

NY01/GLATE/1303013.3
BN 2197846v1                                    DECLARATION OF MARK WORKSMAN

("Defendant" or "LucasFilm") from terminating a Merchandise License Agreement ("License

Agreement") for the use of certain Star Wars and Clone Wars licensed properties on bicycle,

scooter and other products sold by Rand International.

3.    This lawsuit involves LucasFilm's wrongful attempted termination of a

License Agreement.

4.    First, Defendant's claim that Rand International never provided any

evidence that the failed tests results were incorrect, or that its products were safe (Anderman Dec.

2, Anderson Dec. 23-26, Roffman Dec. 24, 22), is categorically false.

5.    With respect to the Scooter:

- On June 23, 2008, Rand International explained that the failure of the Scooter test was because of incorrect testing protocol (Worksman Mov. Decl.,[1] Ex. C.2);
- On June 13, 2008, Rand International provided Defendant with eight (8) separate quality tests done on this Scooter model from 2005-2008 for a 100 pound rider and each test gave the Scooter a passing grade (Id., Ex. K);
- The Scooter was retested by Intertek on June 23, 2008 and passed (Id., Ex. K.1); and
- The Scooter was retested by BV on July 10, July 11, and July 14, 2008 and passed (Id., Exs. K.2 – K.4.)

6.    Defendant's claim that the Scooter failed for multiple reasons is false. This

ignores the fact that the other failures to which Defendant refers (i.e. "permanent deformation"

and "sharp edge") only occurred because the scooter was tested to the incorrect weight.  The

failures were not independent of the 200 lb. testing failure, as Defendant contends, but rather

were a result of it.

7.    In fact, the scooter has never failed component strength testing, or had any

such failures as documented in the June 10, 2008 test when tested to the appropriate standard of

100 lbs.  We have sold the very same Scooter in both generic versions and for other licenses

products to a number of other retailers, including Toys R Us, and have not had an issue with this

---

[1]    References to "Worksman Mov. Decl." are to the declaration of Mark Worksman, dated August 14, 2008 submitted in support of plaintiff's motion for injunctive relief.

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 2 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

type of testing.  Indeed, Rand International sold Toys R Us approximately 33,000 Batman

Scooters and thousands of the generic scooters over the past 5 to 7 years.

8.      Defendant claims that a 200 lb test was appropriate because many 14-year-

olds weigh over 100 lbs.  However, the sample sent to LucasFilm for approval of the product,

which was granted, contained an instruction manual, approved the sample for the Scooter which

stated it is only designed for children 100 lbs and below.  A copy of the approval from

LucasFilm, dated March 27, 2008 is attached as Exhibit A.

9.      Moreover, our manufacturer on July 14, 2008 confirmed  that the Scooter

was tested using a 200-pound rider standard rather than the correct 100-pound standard.  A true

and correct copy of the email from our manufacturer to Rand International is attached hereto as

Exhibit B.

10.      With respect to the Bicycle:

- The Bike was submitted for retesting on June 23, 2008 and retested by BV on July 3, 2008 and passed (Worksman Mov. Decl. Ex. L);
- Each component of the Bike submitted for retesting on June 26, 2008 and was tested by Intertek on June 30, 2008 and all components passed (Id., Ex. N.); and
- The Bicycle was submitted for testing at SGS on July 22, 2008. On July 24, 2008, the bicycle passed (Id., Ex. K.8.)

11.      Further, Defendant's claim that Rand International did "not engage in a

proactive strategy to determine how a high lead presence could result" (Anderman Decl. 2)  is

also not accurate.  Immediately after receipt of the June 18, 2008 letter, we contacted our

manufacturer to inform them of the alleged test failure.  We reviewed all recent test results which

all indicated that the products were in good standing and had passed all tests.  We promptly

communicated this information to LucasFilm.  (Worksman Mov. Decl., Ex. C.2.)

12.      We also immediately commenced retests of the products, starting on June

23, 2008 when we submitted the bicycle for retesting at Bureau Veritas. (Worksman Mov. Decl.,

Ex. R.8, N).

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 3 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

13.    In fact, in addition to Bureau Veritas, Rand International submitted the bicycle for additional testing to Intertek and SGS. These tests similarly came back showing no problem with lead paint. Intertek, SGS and Bureau Veritas are all reputable independent testing agencies which retailers in the industry consistently rely on.

14.    From day 1 after learning of the lead Bureau Veritas test, we also told LucasFilm that we would quarantine the bikes and not ship them until we were 100% sure that they were lead free. Thus, although the Bureau Veritas, Intertek and SGS re-tests all came back showing no problem with lead paint, in an abundance of caution, Rand International made additional efforts to confirm the results of those tests since we are as concerned as LucasFilm about lead paint. This is because we understood that all of these tests were conducted using a methodology in which paint was scraped from various areas or components of the bike, mixed together and then tested. While that is industry standard, we wanted a more sophisticated test to analyze components of the bikes that we had quarantined. In mid July we contacted a fourth party, Exponent, an independent expert to such an additional test. On July 28, 2008 we retained Exponent to conduct additional tests

15.    Today, for the first time we were advised by Exponent, that based on preliminary reports, there could be potentially be a lead paint problem with the fork of the bike. The company is conducting additional testing to determine the nature and extent of the problem, if any. As soon as Rand International receives the results of this test, it will provide them immediately to the Court. If lead is indeed detected, we will take all appropriate steps to cure the issue, whether by destroying the bikes or by removing the forks and replacing them with proper forks. Once again, I must stress that none of these bikes entered the stream of commerce as soon as Rand International learned of the potential problem. In addition, this problem has no impact on the many other bicycles that we caused to be manufactured by other overseas companies.

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 4 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

16.    In addition to the instances detailed above, Lucas Film's submission contains a number of other misstatements which I would like to correct.

17.    First, Defendant is wrong that Rand International ignored its attempts to discuss the June 10, 2008 test results. (Def. Mem. at p. 4; Anderson Decl. ¶ 18, Ex. 9.)

18.    In fact, from June 10th up until 5 pm the day before LucasFilm terminated the agreement, Rand International was in constant communication with LucasFilm to address the test results. Attached as Exhibit C are emails between LucasFilm and Rand International about the test results from June 10th to June 13th, 2008.

19.    Although Defendant claims Rand International never sent testing reports as promised (Def. Mem. at p. 4) a package containing the testing reports was sent by Rand International and received by Kristina Anderson at LucasFilm on June 16, 2008. Attached as Exhibit D is the signed receipt of the package.

20.    Further, on or about June 12, 2008, Steven Goldmeir from Rand International and Paul Southern and Kristina Anserson from LucasFilm had an extensive conference call to discuss the June 10, 2008 test results. Mr. Goldmeir then sent all testing reports demonstrating Rand International's adherence to CPSC and toy regulations. (Worksman Mov. Decl. Ex. K.1-8, L, M, N).

21.    Further, Kristina Anderson's declaration attaches an email she sent Rand International on June 17, 2008 at 10:42 a.m to which she claims she received no response. (Anderson Dec.¶ 18, Ex. 9). However, Ms. Anderson fails to include Rand International's response, which was within the hour. A copy of that response is attached as Exhibit E. In fact, that same day, Steven Goldmeir sent additional correspondence to Kristina in response to her 10:42 am email at 1:47 and 2:49 p.m. Thus, Ms. Anderson's statement that "Rand did not reply to my email requests" on June 17, 2008, which she claims forced her to send the June 18, 2008 letter is wrong.

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 5 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

22.     Similarly, Ms. Anderson's claim that Rand International never responded to her email of May 28, 2007 regarding the Star Wars helmet is false.  On May 29, 2008, Steven Goldmier responded to that email and attached a manifest of tests demonstrating there was no issue with the Star Wars Helmet.  A copy of that email is attached as Exhibit F.

23.     Second, Defendant's claim that Rand has a "deplorable safety record" (Def. Mem. at iv) is also completely untrue.

24.     In fact, I was brought on board at Rand International, in part, to deal with these very issues to focus on quality assurance and quality control, which I have a background in.

25.     Defendant points to three incidents in Rand International's thirty year history, one of which occurred over twenty years ago.  (Beyer Dec. Exs. 3, 4, 5.)

26.     Since the incidents described in the articles attached as exhibits 3, 4, and 5 to the Beyer declaration, there have been no additional incidents of product safety issues.  This demonstrates the efficacy of the protocol instituted at Rand International since those incidents to prevent similar occurrences in the future.

27.     In fact, over the recent years, Rand International has received many awards regarding its products.  Indeed, it has even received supplier of the year awards at Toys R Us and licensee of the year awards from Mattel.

28.     Similarly, Wal-Mart has expressed full satisfaction with the certifications Rand provided to Wal-Mart, per Wal-Mart's rigorous requirements.  For instance, Wal-Mart remains fully satisfied with the 5 Star Wars products Rand has supplied to date (Star Wars 12" Bicycles, Star Wars 16" Bicycles, Star Wars 6 Volt Quads, Star Wars Folding Scooters and Star Wars Toy Scooters).  These products are proven as quality performers in Wal-Mart's program.

29.     In any event, the instances cited to by Defendant are not relevant to any issue implicated in the June 10, 2008 test.  In fact, two of the recalls were voluntary and did not

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 6 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

result in any injuries or incident. More importantly, Rand International immediately terminated its relationship with the manufacturers who were responsible for those three products

30.    LucasFilm attempts to paint the picture that Rand International is somehow an at risk company since it has bicycles and scooters manufactured overseas. In fact, that is the general model of the industry for products in this price range. Indeed, while LucasFilm points to other companies such as Pacific Cycle and Huffy as being companies with whom Toys R Us will purchase from, I am aware that these competitors of Rand International also have many of the ri products manufactured overseas and, indeed, use some of same Chinese manufacturers as we do.

31.    In addition, contrary to Defendant's argument, Rand International's claim of imminent, and irreparable harm is not speculative.

32.    Indeed, even since Rand International filed its papers, it has endured more damage to its reputation as well as future business. At least one of Rand International's customers has already cancelled its order. A copy of an email correspondence between Kmart and Rand International is attached as Exhibit G.

33.    If Rand International is forced to discard the $2 million dollars worth of inventory, the potential of facing bankruptcy is very real.

34.    Defendant's claim that Rand International can simply resell the unused products under a different label is untrue. The product becomes useless and defaced from the label change. Moreover, Defendant's position ignores that retailers have stated they no longer will do business with Rand International. Under such circumstances, there is not a realistic possibility Rand International would be able to resell the products.

35.    Defendant's claim that Rand International was not authorized to supply products to Wal-Mart is also untrue. Lucasfilm explicitly agreed to allow Rand International to go forward with its Wal-Mart purchase orders. (Worksman Mov. Decl. Exs. C.25.F)

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 7 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

36.     Lucasfilm claims for the first time that it never authorized Rand International's distribution of the *Star Wars* Quad product.  (Def. Mem. at p. 4.)  In fact, Lucasfilm specifically approved the license of this product on March 31, 2008.  A copy of this approval is attached as Exhibit H.

37.     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on August14, 2008

By: _____

Mark Worksman

KELLEY DRYE &
WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

NY01/GLATE/1303013.3
BN 2197846v1

- 8 -

DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

36.    Lucasfilm claims for the first time that it never authorized Rand

International's distribution of the *Star Wars* Quad product. (Def. Mem. at p. 4.) In fact,

Lucasfilm specifically approved the license of this product. A copy of this approval is attached as

Exhibit H.

37.    I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the

foregoing is true and correct.

Executed on August 20, 2008

By: _____
        Mark Worksman

KELLEY DRYE &
WARREN LLP
101 Park Avenue
New York, NY 10178

NY01/GUATP/1504015.3                     - 8 -                    DECLARATION OF MARK WORKSMAN
IN SUPPORT OF PLAINTIFF'S MOTION
FOR

**EXHIBIT A**

**Elizabeth Tangen**

| | |
|---|---|
| **From:** | stacy.arnold-strider@lucasfilm.com |
| **Sent:** | Thursday, March 27, 2008 12:46 PM |
| **To:** | etangen@randinternational.com; mdiaz@randinternational.com; george7684grossjr@rogers.com; veee@gsquaredlicensing.com; stacy.arnold-strider@lucasfilm.com |
| **Subject:** | SW-021A/Folding Scooter - Darth Vader/Scooter/Pre-Production |

## Lucas Licensing Product Approval

**Licensee:** Rand International

**Contact:** Elizabeth Tangen
51 Executive Blvd.
Farmingdale , NY 11735

**Phone:** 631.249.6000

**Fax:** 631.249.6015

**Date Sent:** Mar 24, 2008

**Date Received:** Mar 25, 2008

**Date Returned:** Mar 27, 2008

| | |
|---|---|
| **Mktg. Year:** | 2008 |
| **Property:** | Episode I, Episode I, Episode II, Episode II, Episode III, Episode III, Star Wars Classic, Star Wars Classic, The Clone Wars (Animated Series), The Clone Wars (Animated Series), The Clone Wars (Cartoon Network), The Clone Wars (Cartoon Network) |
| **Assortment:** | Wheeled Bikes & Bike Gear |
| **Item Name:** | Folding Scooter - Darth Vader |
| **Item #:** | SW-021A |
| **Submitted Item:** | Scooter |
| **Develop. Stage:** | Pre-Production |
| | [X] New       [ ] Revised |
| **Check List:** | [X] Art          [ ] Marketing [X] Editorial    [X] Merchandising [X] Legal |

**Comments:**                                   **Status: [X]  Approved**

• We are disappointed with the execution of these items -- using stickers instead of printing the art makes the product seem cheap. On this item, in particular, the Vader image on the foot board is already washed-out and peeling up on the corners. Please do what you can to improve overall quality. Corners should not peel up.

• As next stage, please send scooter (with submission form) in packaging for full and final approval.

**Stacy Arnold-Strider**
**Coordinator, Global Product Development**
(Contract # L5179 ; Ref # 102326)

3/27/2008

**EXHIBIT B**

Message                                                                Page 1 of 1

---

**Subject:** STAR WARS TEST REPORT

---

**From:** Ellen Liu [mailto:tpe-ellen@saleschief.com.tw]
**Sent:** Monday, July 14, 2008 8:39 AM
**To:** RAND - Allen Goldmeier
**Cc:** RAND - Mark Worksman ; SC SHA - Phil Song ; SC SHA - Terry Hu ; SC SHA - Vivienne Wang
**Subject:** STAR WARS TEST REPORT

Dear Allen,
**4. 200lbs applied on the 1st folding scooter tested at BV HK:**
First of all, please note that we can not say that BV was tested with incorrect test protocol
with 200lbs loaded mass.  As my explanation sent to you before, BV used 200lbs on Dynamic
Strength test was because they claimed that they did not find the manual with the tested sample,
it means, we did not have max weight specify on our product for them to run the test according
to the max weight we printed only on manual, therefore, according to the ASTM F-2264 regulation,
if manufacturer did not specify the max loading weight, then it should be tested with 200lbs.

Then, your question re "what is very best way to prove this test failure was performed to 200lbs test",
as per my explanation stated above, I can not say that BV used "incorrect" weight to test our product,
but with my previous explanation stated in my email dated 6/23 and 6/25 with the attachment of
(1) ASTM-F2264 regulation; (2) BV test RQF; (3) our manual with 100lbs stated, it shows the first test
failure was caused by BV used 200lbs on Dynamic Strength Test.

8/15/2008

**EXHIBIT C**

## Johnson, Kerry

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:55 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: TRU Safety Testing / Star Wars Program / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Steve Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Tuesday, June 10, 2008 2:03 PM
**To:** 'Kristina Anderson'
**Cc:** 'George Gross, Jr.'; 'Paul Southern'
**Subject:** RE: TRU Safety Testing / Star Wars Program

June 10, 2008

Dear Kristina,

I received your e-mail below.  Attached is an e-mail sent to TRU that will summarize where we stand with Star Wars Program product.

I am presently in Bentonville--returning tonight.  Could you please advise if you are available for a meeting tomorrow or Thursday to meet during the Licensing Show?  Please let me know when is convenient for you.

Regards,

*Steven Goldmeier*
*RAND INTERNATIONAL*
*631-249-6000, Ext 252*
==================================

---

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Tuesday, June 10, 2008 11:39 AM
**To:** sgoldmeier@randinternational.com
**Cc:** george7684grossjr@rogers.com; Paul Southern
**Subject:**

Hello Steve,

I received a copy of the email sent to you by Joe regarding the safety test failure of the scooters.

You asked us to support you when the issue over the helmets first came up.  We met and discussed the situation and advised you this is an issue Rand and TRU need to fix as we do not get in the middle of licensee/retailer manufacturing issues.

We then gave Rand another shot at correcting the helmet situation after we spoke on the phone a week ago last Friday, despite the regular (at this point) requests we seek another helmet partner.

And now this.

This makes the third embarrassing situation in which Rand has placed us with this retailer with whom we have worked to create a significant Clone Wars program for the Summer and beyond.

This latest piece of information leaves us with no choice other than a) find another helmet partner and b) find another scooter partner.

I understand full well the view the licensor should stand behind the licensee and we have done that but at this rate our loyalty will cost us the wheeled goods program at TRU and that isn't a smart business move.

And what can we expect from the bike tests?  You have asked us to trust you and yet the items continue to fail the TRU tests to the degree TRU won't take Rand's items as they present a safety liability for their consumers.  We can not and will not have unsafe helmets and wheeled goods in the market containing our IP.

Lucasfilm will not get in the middle of this situation anymore as it is causing irrepairable damage on all relationship fronts.  Instead, we will work to replace the items now being cancelled at TRU.

In addition, we need to receive written confirmation that all safety tests for the other retailers into whom Rand has sold wheeled goods have been passed without issue.  The confirmation needs to be backed up with whatever reports are submitted officially please.

I noticed Rand did not schedule an appointment with us during Licensing Show so please email me the confirmations.

Regards
Kristina

## Johnson, Kerry

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:54 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: TRU Safety Testing / Star Wars Program / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Steve Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Tuesday, June 10, 2008 2:03 PM
**To:** 'Kristina Anderson'
**Cc:** 'George Gross, Jr.'; 'Paul Southern'
**Subject:** RE: TRU Safety Testing / Star Wars Program

June 10, 2008

Dear Kristina,

I received your e-mail below.  Attached is an e-mail sent to TRU that will summarize where we stand with Star Wars Program product.

I am presently in Bentonville--returning tonight.  Could you please advise if you are available for a meeting tomorrow or Thursday to meet during the Licensing Show?  Please let me know when is convenient for you.

Regards,

*Steven Goldmeier*
*RAND INTERNATIONAL*
*631-249-6000, Ext 252*
=================================

---

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Tuesday, June 10, 2008 11:39 AM
**To:** sgoldmeier@randinternational.com
**Cc:** george7684grossjr@rogers.com; Paul Southern
**Subject:**

Hello Steve,

I received a copy of the email sent to you by Joe regarding the safety test failure of the scooters.

You asked us to support you when the issue over the helmets first came up.  We met and discussed the situation and advised you this is an issue Rand and TRU need to fix as we do not get in the middle of licensee/retailer manufacturing issues.

8/20/2008

We then gave Rand another shot at correcting the helmet situation after we spoke on the phone a week ago last Friday, despite the regular (at this point) requests we seek another helmet partner.

And now this.

This makes the third embarrassing situation in which Rand has placed us with this retailer with whom we have worked to create a significant Clone Wars program for the Summer and beyond.

This latest piece of information leaves us with no choice other than a) find another helmet partner and b) find another scooter partner.

I understand full well the view the licensor should stand behind the licensee and we have done that but at this rate our loyalty will cost us the wheeled goods program at TRU and that isn't a smart business move.

And what can we expect from the bike tests?  You have asked us to trust you and yet the items continue to fail the TRU tests to the degree TRU won't take Rand's items as they present a safety liability for their consumers.  We can not and will not have unsafe helmets and wheeled goods in the market containing our IP.

Lucasfilm will not get in the middle of this situation anymore as it is causing irrepairable damage on all relationship fronts. Instead, we will work to replace the items now being cancelled at TRU.

In addition, we need to receive written confirmation that all safety tests for the other retailers into whom Rand has sold wheeled goods have been passed without issue.  The confirmation needs to be backed up with whatever reports are submitted officially please.

I noticed Rand did not schedule an appointment with us during Licensing Show so please email me the confirmations.


Regards
Kristina

8/20/2008

## Johnson, Kerry

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:56 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: Star Wars Testing Issues / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Friday, June 13, 2008 6:07 PM
**To:** Steve Goldmeier
**Cc:** Paul Southern
**Subject:** RE: Star Wars Testing Issues

Hello Steve

Thanks for the recap however I believe Jon Roman confirmed via email he was only taking the Toy Skate combos so the information below conflicts with the information I was given whilst in New York.  I will let you take that up with Jon to confirm.

In the meantime, I need you to send me the testing for all other retailers to show all the items have passed their necessary safety testing requirements.

Thanks,
Kristina

---

**From:** Steve Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Friday, June 13, 2008 2:51 PM
**To:** Kristina Anderson
**Cc:** curranb@toysrus.com
**Subject:** Star Wars Testing Issues

Dear Kristina,

The TRU-USA situation is as follows on the 5 items that they have mentioned to you. We are sending you the copies of the testing results via DHL.

1. **16" Star Wars Bikes:**
   Rand has a recent BV passed certification. We then failed when submitted to BV under the TRU-USA PO #.

2. **Star Wars Toy Skate Combos:**
   This passed under BV TRU-USA PO #.

**3.    Star Wars Skateboards:**

Rand has a recent BV test certification and we are waiting for results submitted to BV under the TRU-USA PO #. It failed because the sticker was not placed on the item but was placed instead on the shrink wrap around the item. The factory **has corrected** this for production.

**4.    Star Wars Helmets:**

Rand has a CPSC passed test certification dated June 6th, 2008. What happened here is when we submitted to BV Lab we were cited that the CPSC certification from Intertek Lab was dated beyond one year period, so we resubmitted 10 days ago to Intertek and now the new certification is dated a couple of days ago, June 6th. We are okay now.

**5.    Star Wars Folding Scooter:**

Rand has a passed BV test certification for the same Star Wars Model with generic graphics. When the Star Wars sample was recently submitted under TRU-USA PO #, it failed for two reasons sharp edges and it was mistakenly tested for a 200 lb. child. We are now resubmitting with corrections.

If you have any further questions on the testing of these items, please do not hesitate to call.

Best regards,

*Steven Goldmeier*
*RAND INTERNATIONAL*
*631-249-6000, Ext 252*

8/20/2008

**EXHIBIT D**

**1** Sender Account Number

775817280

Preprint Format No.

12x730946

**3** Payment
Sender will be billed
unless marked otherwise.
Bill to:

Origin  FRG

Waybill Number

17641776445

FROM (Company)

BLRU INTERNATIONAL

Street Address

37 TS PAY

51 EXECUTIVE BLVD

City

FARMINGDALE

State

NY

ZIP CODE (Required)

11735

Sent by (Name/Dept)

S. GOLDMEIER

Phone (Required)

631-249-6000

**2** TO (Company)  PLEASE PRINT NEATLY

LUCASFILM

Street Address

1110 GORGAS AVE.

City

SAN FRANCISCO

State

CA

ZIP CODE (Required)

94129

Attention: (Name/Dept)

KRISTINA ANDERSON

Phone (Required)

4156231852

Description

TESTING FORMS

Sender Signature          Date

6/13/08

DHL Signature          Date

Special Instructions

Saturday Delivery          Hold at DHL

Lab Pack Service

Shipment Valuation

Shipment Value
Protection          $          .00

Payment Details (Credit Card)

No.

Type          Expires

Auth

**4** Service
Type

Next Day 10:30
Next Day 12:00
Next Day 3:00
2nd Day

www.dhl-usa.com

DHL
EXPRESS

DHL Worldwide Express, Inc.,
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY



# Track results detail

▶ Print this page

## Tracking results detail for 17641776445

**Tracking summary**

| | |
|---|---|
| Current Status | ✓   **Shipment delivered.** |
| Delivered on | 6/16/2008  11:10 am |
| Delivered to | Shipping Dock |
| Signed for by | **RICK B** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 6/16/2008 | 11:10 am | Shipment delivered. | San Francisco, CA |
| | 8:41 am | With delivery courier. | San Francisco, CA |
| | 6:33 am | Arrived at DHL facility. | San Francisco, CA |
| 6/14/2008 | 5:02 am | Depart Facility | San Francisco Gateway, CA |
| | 4:49 am | Transit through DHL facility | San Francisco Gateway, CA |
| | 4:38 am | Depart Facility | Wilmington, OH |
| | 2:02 am | Processed at DHL Location. | Wilmington, OH |
| | 1:37 am | Transit through DHL facility | Wilmington, OH |
| | 12:01 am | Depart Facility | New York City Gateway, NY |
| 6/13/2008 | 11:58 pm | Depart Facility | New York City Gateway, NY |
| | 11:48 pm | Shipment on Hold. | New York City Gateway, NY |
| | 9:26 pm | Depart Facility | Melville, NY |
| | 8:00 pm | Processed at DHL Location. | Melville, NY |
| | 7:06 pm | Shipment picked up | Melville, NY |

**Ship From:**
RAND INTERNATIONAL
Farmingdale, NY 11735
United States

**Ship To:**
LUCAS FILM
San Francisco, CA 94129
United States

**Shipment Information:**
Ship date: 6/13/2008
Pieces: 1
Total weight: 1 lb *

Ship Type: Letter
Shipment Reference:
Service: Express
Special Service:
Description:

Tracking detail provided by DHL: 6/25/2008, 7:56:56 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

**EXHIBIT E**



## Johnson, Kerry

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:58 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: Tests / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Tuesday, June 17, 2008 4:37 PM
**To:** Steve Goldmeier
**Cc:** George Gross, Jr.; Paul Southern
**Subject:** RE: Tests

...and, this just in, it seems the results have come to TRU today and the skateboard has failed for non-compliance with TRU's date coding requirements and they are not accepting the item.

---

**From:** Kristina Anderson
**Sent:** Tuesday, June 17, 2008 1:31 PM
**To:** 'Steve Goldmeier'
**Cc:** 'George Gross, Jr.'; Paul Southern
**Subject:** RE: Tests

Hello Steve,

There appears to be some confusion as TRU is telling me all they said Rand could do was an official test against the PO that they had written - hopefully after Rand has corrected the problem. So.....??

K

---

**From:** Steve Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Tuesday, June 17, 2008 11:49 AM
**To:** Kristina Anderson
**Cc:** 'George Gross, Jr.'; Paul Southern
**Subject:** RE: Tests

Dear Kristina,

Regarding the Clone Wars folding scooter test certification, today I have requested my supplier to send this to me. I hope to have this to you by Thursday if not by tomorrow.

Yesterday TRU (Joe Parker) has consented to Rand to go forward on the Clone Wars skateboard in addition to the Clone Wars skate combo, which we will be delivering shortly.

For the remaining three items, the Clone Wars bicycle; the Clone Wars folding scooter; and the Clone Wars helmets, I will request a meeting with Jon Roman and Joe Parker for Rand to ask that they reinstate their Purchase Orders for the three resubmitted products under TRU's PO numbers.

I'll let you know their response.

Regards,

**Steven Goldmeier**
**RAND INTERNATIONAL**
**631-249-6000, Ext 252**

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Tuesday, June 17, 2008 1:42 PM
**To:** Steve Goldmeier
**Cc:** Paul Southern; George Gross, Jr.
**Subject:** RE: Tests
**Importance:** High

Hi again,

No reply from you about this and I am continuing to get email after email from TRU. Please send by today together with the result of your conversation with Jon concerning your email of last week stating your items were now ok.

This is now more than incredibly important so please prioritize for today.

Appreciate it.

Kristina

---

**From:** Kristina Anderson
**Sent:** Monday, June 16, 2008 4:23 PM
**To:** 'Steve Goldmeier'
**Subject:** Tests
**Importance:** High

Hi Steve

I received the tests you sent through - thanks.

I need the recent test results you have for the Star Wars folding scooter as what you sent me is for a generic scooter and dated 10/22/07. Plus, please send me the other retailer test reports as requested as soon as possible.

Do you have a key as to what each coded number on each test means too?

Appreciate the above.

Thanks,
K

*Kristina Anderson*
*Lucasfilm, Ltd.*
*1110 Gorgas Avenue*
*San Francisco, CA 94129-1406*
*Tel: 415-623-1852*

Fax: 415-623-1550
BB:  415-342-7488
Kristina.Anderson@lucasfilm.com

## Johnson, Kerry

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:57 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: Tests / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Steve Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Tuesday, June 17, 2008 2:49 PM
**To:** 'Kristina Anderson'
**Cc:** 'George Gross, Jr.'; 'Paul Southern'
**Subject:** RE: Tests

Dear Kristina,

Regarding the Clone Wars folding scooter test certification, today I have requested my supplier to send this to me. I hope to have this to you by Thursday if not by tomorrow.

Yesterday TRU (Joe Parker) has consented to Rand to go forward on the Clone Wars skateboard in addition to the Clone Wars skate combo, which we will be delivering shortly.

For the remaining three items, the Clone Wars bicycle; the Clone Wars folding scooter; and the Clone Wars helmets, I will request a meeting with Jon Roman and Joe Parker for Rand to ask that they reinstate their Purchase Orders for the three resubmitted products under TRU's PO numbers.

I'll let you know their response.

Regards,

**Steven Goldmeier**
**RAND INTERNATIONAL**
**631-249-6000, Ext 252**

---

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Tuesday, June 17, 2008 1:42 PM
**To:** Steve Goldmeier
**Cc:** Paul Southern; George Gross, Jr.
**Subject:** RE: Tests
**Importance:** High

Hi again,

No reply from you about this and I am continuing to get email after email from TRU. Please send by today together with the result of your conversation with Jon concerning your email of last week stating your items were now ok.

8/20/2008

This is now more than incredibly important so please prioritize for today.

Appreciate it.

Kristina

---

**From:** Kristina Anderson
**Sent:** Monday, June 16, 2008 4:23 PM
**To:** 'Steve Goldmeier'
**Subject:** Tests
**Importance:** High

Hi Steve

I received the tests you sent through - thanks.

I need the recent test results you have for the Star Wars folding scooter as what you sent me is for a generic scooter and dated 10/22/07.  Plus, please send me the other retailer test reports as requested as soon as possible.

Do you have a key as to what each coded number on each test means too?

Appreciate the above.

Thanks,
K

*Kristina Anderson*
*Lucasfilm, Ltd.*
*1110 Gorgas Avenue*
*San Francisco, CA 94129-1406*
*Tel: 415-623-1852*
*Fax: 415-623-1550*
*BB:  415-342-7488*
*Kristina.Anderson@lucasfilm.com*

**Johnson, Kerry**

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:58 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: Star Wars Skateboard Model SW-2000 / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Kristina Anderson [mailto:Kristina.Anderson@lucasfilm.com]
**Sent:** Tuesday, June 17, 2008 5:00 PM
**To:** Steven Goldmeier; Paul Southern; George Gross, Jr.
**Subject:** RE: Star Wars Skateboard Model SW-2000

Hello Steve,

I believe Joe is the best person for you to speak with as I'm getting one message from Rand and one from TRU and neither come close to saying the same thing.  My note to you came as a result of an email I recieved just this afternoon directly from TRU.

Let me know the outcome and please copy Joe on the note so I know we are all on the same page and in agreement.

Thanks,
Kristina

---

**From:** Steven Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Tuesday, June 17, 2008 1:47 PM
**To:** Kristina Anderson; Paul Southern; 'George Gross, Jr.'
**Subject:** FW: Star Wars Skateboard Model SW-2000

Kristina
Please see the attached e-mail received yesterday. I will call you shortly.
 Tks/ Steve

---

**From:** Eileen Singer [mailto:esinger@randinternational.com]
**Sent:** Tuesday, June 17, 2008 3:41 PM
**To:** 'RAND - Steven Goldmeier '
**Subject:** FW: Star Wars Skateboard Model SW-2000

---

**From:** Parker, Joe [mailto:Joe.Parker@toysrus.com]

8/20/2008

**Sent:** Monday, June 16, 2008 8:45 AM
**To:** Allen Goldmeier
**Cc:** Roman, Jon; Arrizabalaga, Juan; Curran, Bob; DeBlasis, Hope
**Subject:** RE: Star Wars Skateboard Model SW-2000

Allen -

The test report sent was not against our PO#, but a voluntary submission.  This gave a you a free pass to the next test.  Please correct the outstanding issues and resubmit against the PO.

Regards,

Joe Parker
Toys R Us
Associate Buyer - Wheel World
1 Geoffrey Way, Wayne, NJ 07470
973-617-4861

---

**From:** Allen Goldmeier [mailto:agoldmeier@randinternational.com]
**Sent:** Friday, June 13, 2008 3:04 PM
**To:** Parker, Joe
**Cc:** Roman, Jon; Arrizabalaga, Juan; Curran, Bob
**Subject:** Star Wars Skateboard Model SW-2000
**Importance:** High

June 13, 2008

Joe,

Attached is BV Test Certification of the Star Wars Skateboard via Rand's voluntary submission.

Today we received the result of the test submission to BV under TRU-USA PO# and it failed as the testing sample had the date code affixed on the shrink wrap packaging.  The Star Wars Skateboard can be shipped A/O from China factory with the date code properly affixed on the underside of the product so that it complies 100% with TRU's requirement.

Please advise if you would like Rand to ship, cancel, or retest.  I will assure you this product can be supplied immediately from China in full compliance.

Allen Goldmeier

---

=====================================================================
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure
or distribution is prohibited. If you are not the intended recipient, please contact
the sender by reply email and destroy all copies of the original message. To reply to our
email administrator directly, send an email to EmailAdmin@toysrus.com. Toys "R" Us, Inc.

**EXHIBIT F**

## Johnson, Kerry

| | |
|---|---|
| **From:** | Rodney Dudley [rdudley@randinternational.com] |
| **Sent:** | Wednesday, August 20, 2008 10:54 AM |
| **To:** | Glatt, Elana |
| **Cc:** | 'mworksman' |
| **Subject:** | FW: Helmets at Toys R Us / LUCASFILM |

*Rodney Dudley*
*Assistant to Steven Goldmeier*
*RAND INTERNATIONAL*
*51 Executive Blvd.*
*Farmingdale, NY 11735*
*631-249-6000, x279*

---

**From:** Steve Goldmeier [mailto:sgoldmeier@randinternational.com]
**Sent:** Thursday, May 29, 2008 6:42 PM
**To:** 'Kristina Anderson'; 'Paul Southern'
**Subject:** Helmets at Toys R Us

Dear Kristina & Paul,

There are currently helmets on TRU shelves which are manufactured by the same factory, Grace AJ, that our Star Wars helmets are.
Please see the attached manifest of tests. We are sending you a sample of the Speed Racer helmet purchased from TRU, along with the TRU receipt.

Regards,

*Steven Goldmeier*
*RAND INTERNATIONAL*
*631-249-6000, Ext 252*

May 29, 2008

## **Manifest of Test Reports Star Wars On Helmets**

Ref# 3148181CRT-001                HMV4 (SW-977)            5/04/08        *Result        Intertek        CPSC Standard

        *The above test came back citing a labeling failure and the label was resubmitted by the factory on 5/27/08 pending results.

Ref# GLHGR071000515HM            HM5500 (SW-978)        11/14/07        Pass        SGS Labs        EN1078 Standard

Ref# SPC0145750/0649/PJD/BT        HMV4 (SW-977)            1/23/07        Pass        Satra        EN1078 Standard

Ref# 3091252-001                    HM5500 (SW-978)        6/19/06        Pass        Intertek        CPSC Standard

Ref# 3071977-001                    HMV4 (SW-977)            2/08/05        Pass        Intertek        CPSC Standard

**EN1078 standards is the European standard.  The EN1078 standard exceeds the CPSC standard, and all CPSC test requirements are inclusive of the EN1078 standard.

***The Grace AJ Factory sent additional samples to Intertek on 5/27/08 for an updated CPS test certification.

Rand purchases our helmets from the Grace AJ Company, and the reason we use the Grace AJ Company to supply our helmets for TRU's program is because the Grace AJ Company is the present supplier of the Speed Racer and Spiderman cycling helmets that are presently retailed at TRU – USA.  The Speed Racer and Spiderman helmets are made from the same micro shell and sport hard shell helmet styles that Rand is purchasing helmets made in the Star Wars model.  Please note a sample of the Speed Racer helmet has been couriered to you for early morning delivery.

**EXHIBIT G**

**Subject:** RE: Star War for Kmart Program

**From:** Ekey, David [mailto:DEkey@searshc.com]
**Sent:** Thursday, August 07, 2008 11:08 AM
**To:** Larry Green
**Cc:** Koenig, Kevin; Peter Pergament
**Subject:** RE: Star War for Kmart Program

Obviously this is not good news. In fact, it leaves me in a very bad position. I now have two holes in my planogram for 4th quarter. It may be too late for me to source new items to fill our needs.

Batman will be a consideration. However, I am not happy with Rand. I will have a very difficult time rewarding you ANY business at this time or in the future. Not getting Star Wars is going to hurt. I realize it was not completely your decision. I don't know what negotiations occurred. Frankly, I don't care. All I know is that I have a hole on my planogram and the potential for lost sales.

**Dave Ekey**
**Buyer - Bicycles and Bike Accessories**
**(847) 286-4802**

     -----Original Message-----
     **From:** Larry Green [mailto:larrygreen@lgreenmi.com]
     **Sent:** Thursday, August 07, 2008 9:28 AM
     **To:** Ekey, David
     **Cc:** Koenig, Kevin; Peter Pergament
     **Subject:** FW: Star War for Kmart Program

     Dave,

     As you are now know, Lucas Films has terminated Rand's contract for Star Wars.

     I just informed Tim yesterday. Since he had orders due to ship this month he was first on my list.

     I was out of town the past two days in meetings and traveling and you were on my agenda for this morning.

     There is not much more I can tell you about this than what is in the emails below.

     Rand does also have the Batman license for bicycles and I am sure you are aware of the huge success of movie. Can we talk about this as a possible 4th quarter item?

     Larry Green

     --- On **Wed, 8/6/08, Ekey, David <*DEkey@searshc.com*>** wrote:
     From: Ekey, David <DEkey@searshc.com>
     Subject: FW: Star War for Kmart Program
     To: "ZZZ Green, Larry@Rand International" <largoassoc@yahoo.com>
     Cc: "Koenig, Kevin" <KKoenig1@searshc.com>

Date: Wednesday, August 6, 2008, 9:33 AM

Larry,
Is there anything I need to know about?

**Dave Ekey**
**Buyer - Bicycles and Bike Accessories**
**(847) 286-4802**


-----Original Message-----
**From:** Gelander, Tim
**Sent:** Wednesday, August 06, 2008 8:32 AM
**To:** Ekey, David; Koenig, Kevin; Kim, David
**Subject:** FW: Star War for Kmart Program

Star Wars

-----Original Message-----
**From:** Larry Green [mailto:larrygreen@lgreenmi.com]
**Sent:** Tuesday, August 05, 2008 8:26 PM
**To:** Gelander, Tim
**Cc:** 'Allen Goldmeier'; Peter Pergament; Mark Worksman
**Subject:** FW: Star War for Kmart Program

Tim,

I deeply regret having to inform you that Rand is having major problems with Lucas Films, the licensor
for the Star Wars childrens skates and folding scooter.

Please refer to the email below as it expains in detail the current situation.

We currently have orders from Kmart with a ship to arrive date of 8/15/08 for the two Star Wars
items you have planned for your fall set. At this point Lucas Films will not let us ship this product to you.

As noted below you might want to contact Lucas Films direct regarding this. Our contact is Paul
Southern. Paul's email address is paul.southern@lucasfilms.com.

I am traveling tomorrow but will try to reach you by phone. You can also phone Peter Pergament
in Rand's office at 800-338-7677 Ext 339.

Larry Green

_____

**From:** Allen Goldmeier [mailto:agoldmeier@randinternational.com]
**Sent:** Tuesday, August 05, 2008 3:01 PM
**To:** Larry Green
**Cc:** 'Peter Pergament'; mworksman@randinternational.com
**Subject:** Re: Star War for Kmart Program

August 5, 2008

Hi Larry,

Rand is presently in dispute with Lucasfilm regarding a termination of our contract.  In

Rand?s opinion we were terminated without cause; and over the last several weeks we have communicated continuously with Lucasfilm to resolve this matter, but to no avail.

Rand has advised Lucasfilm of the on hand Star Wars program we are holding from Kmart, and we have requested Lucasfilm to allow Rand to supply these orders, although to date we remain unsuccessful.  At this stage I believe the only way we could supply Kmart?s Star Wars program is if Mr. Tim Gelander contacts Lucasfilm and asks for their authorization to receive the Star Wars products from Rand that Kmart has ordered.

Larry, please remember Rand has all of the Star Wars Skate Combos in stock in our West Coast warehouse available to supply at once.  As far as the Star Wars Folding Scooters; we presently have 3,000 units available in our Farmingdale, New York warehouse while several thousand are sitting on hold in Rand?s inventory at our overseas factory.  (Rand also has 2,900 Batman Folding Scooters in our Farmingdale, New York warehouse as well).

Larry, I had hoped to work out Kmart?s supply with Lucasfilm, although at this stage we need to tell Kmart that Lucasfilm has denied Rand?s request.  Maybe Kmart would have better success if they communicated with Lucasfilm directly?   The person who I am in communication with at Lucasfilm is Mr. Paul Southern.

Regards,

Allen


No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.5.12/1592 - Release Date: 8/5/2008 6:03 AM


No virus found in this incoming message.
Checked by AVG - http://www.avg.com
Version: 8.0.138 / Virus Database: 270.5.12/1597 - Release Date: 8/7/2008 5:54 AM

**EXHIBIT H**

Isis Product Approval Form                                                    Page 1 of 1

## Elizabeth Tangen

**From:** stacy.arnold-strider@lucasfilm.com

**Sent:** Monday, March 31, 2008 7:04 PM

**To:** etangen@randinternational.com; mdiaz@randinternational.com; george7684grossjr@rogers.com; veee@gsquaredlicensing.com; stacy.arnold-strider@lucasfilm.com

**Subject:** SW-6600A/<i>Star Wars:The Clone Wars</i> 6 Volt Quad/Quad/Concept

### Lucas Licensing Product Approval

| | |
|---|---|
| **Mktg. Year:** | 2008 |
| **Property:** | Episode I, Episode I, Episode II, Episode II, Episode III, Episode III, Star Wars Classic, Star Wars Classic, The Clone Wars (Animated Series), The Clone Wars (Animated Series), The Clone Wars (Cartoon Network), The Clone Wars (Cartoon Network) |
| **Assortment:** | Wheeled Bikes & Bike Gear |
| **Item Name:** | *Star Wars:The Clone Wars* 6 Volt Quad |
| **Item #:** | SW-6600A |
| **Submitted Item:** | Quad |
| **Develop. Stage:** | Concept |
| | [X] New        [ ] Revised |
| **Check List:** | [X] Art        [ ] Marketing<br>[ ] Editorial    [ ] Merchandising<br>[X] Legal |

**Licensee:** Rand International

**Contact:** Elizabeth Tangen
51 Executive Blvd.
Farmingdale , NY 11735

**Phone:** 631.249.6000

**Fax:** 631.249.6015

**Date Sent:** Mar 13, 2008

**Date Received:** Mar 14, 2008

**Date Returned:** Mar 31, 2008

**Comments:**                                **Status: [X]  Approved with changes**

- Do not flop Rex. He must alway face same direction, even on opposite sides of bike.

- Make sure legal is printed only in one place. Cannot read it here. Be sure it is correct.

- Item cannot be on-shelf until July 26, 2008.

- Will need to see pre-production sample for approval before going to full production and shipping.

**Stacy Arnold-Strider**
**Coordinator, Global Product Development**
**(Contract # L5179 ; Ref # 107248)**

8/19/2008

**Elizabeth Tangen**

**From:** stacy.arnold-strider@lucasfilm.com
**Sent:** Friday, May 09, 2008 8:49 PM
**To:** etangen@randinternational.com; mdiaz@randinternational.com; george7684grossjr@rogers.com; veee@gsquaredlicensing.com; stacy.arnold-strider@lucasfilm.com
**Subject:** SW-6600A/<i>Star Wars:The Clone Wars</i> 6 Volt Quad/Packaging/Co ncept

## Lucas Licensing Product Approval

| | | |
|---|---|---|
| | **Mktg. Year:** | 2008 |
| **Licensee:** Rand International<br><br>**Contact:** Elizabeth Tangen<br>51 Executive Blvd.<br>Farmingdale , NY 11735 | **Property:** | Episode I, Episode I, Episode II, Episode II, Episode III, Episode III, Star Wars Classic, Star Wars Classic, The Clone Wars (Animated Series), The Clone Wars (Animated Series), The Clone Wars (Cartoon Network), The Clone Wars (Cartoon Network) |
| | **Assortment:** | Wheeled Bikes & Bike Gear |
| **Phone:** 631.249.6000 | **Item Name:** | *Star Wars:The Clone Wars* 6 Volt Quad |
| **Fax:** 631.249.6015 | **Item #:** | SW-6600A |
| **Date Sent:** May 9, 2008 | **Submitted Item:** | Packaging |
| **Date Received:** May 9, 2008 | **Develop. Stage:** | Concept |
| **Date Returned:** May 9, 2008 | | [ ] New                          [X] Revised |
| | **Check List:** | [X] Art                          [ ] Marketing<br>[X] Editorial                    [X] Merchandising<br>[X] Legal |

**Comments:**                                             Status: **[X]   Approved with changes**

ALL
• Titles and Ages are too dark.  Per previous comments, match CMYK color matching sample from hard copy style guide (C=9, M=9, Y=9, K=14).

• Titles -- left justify Power Quad under Clone Trooper.

VERTICAL WINDOW
• White panel in top right corner -- black border should go all the way around panel (above ages and between panel and grey vents to left).

HORIZONTAL WINDOW
• Title bar should be darker.

SIDES WITH PRODUCT SHOTS
• White panel in top right corner -- black border should go all the way around panel (above ages and between panel and grey vents to left).

• This is approved with changes.  No need to resubmit.

• Please send pre-production packaging for approval before going to production or shipping.

---

**Stacy Arnold-Strider**
**Coordinator, Global Product Development**
(Contract # L5179 ; Ref # 107248)