KELLEY DRYE & WARREN
  JONATHAN COOPERMAN (Appearing *Pro hac vice*)
  ELENA GLATT (Appearing *Pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jcooperman@kellydrye.com

BUCHALTER NEMER
A Professional Corporation
  RICHARD C. DARWIN (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
rdarwin@buchalter.com

Attorneys for Plaintiff
RAND INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAND INTERNATIONAL, INC., <br><br>            Plaintiff, <br><br>    vs. <br><br> LUCASFILM LTD., <br><br>            Defendant. | Case No. CV 08-03897 JSW <br><br> **PROOF OF SERVICE** <br> [Reply in Support of Motion for TRO and OSC re Preliminary Injunction] |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 2184521v3

CV 08-03897 JSW

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing document described as:

**Reply Memorandum of Points and Authorities in Further Support of Plaintiff's Motion for Temporary Restraining Order and Order To Show Cause re Preliminary Injunction**

**Declaration of Mark Worksman in Further Support of Plaintiff's Motion for Temporary Restraining Order and Order To Show Cause re Preliminary Injunction**

**Declaration of Joanna Wright in Further Support of Plaintiff's Motion for Temporary Restraining Order and Order To Show Cause re Preliminary Injunction**

**Plaintiff's Response to Defendant's Objection to Declaration of Mark Worksman**

**Proof of Service**

on all other parties and/or their attorney(s) of record to this action as follows:

James S. Brosnahan, Esq.
Judson E. Lobdell, Esq.
Morrison & Foerster LLP
425 Market Street, 31st Floor
San Francisco, CA 94105-2482

Attorneys for Defendant Lucasfilm Ltd.

☒    **BY HAND DELIVERY**    I caused a true copy, sealed in an envelope, to be delivered by Special T Delivery, a messenger/courier service authorized by our business to deliver packages. The messenger/courier service was provided with instructions that the envelope was to be personally delivered to the addressees on the same day (C.C.P. §1011).

☒    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2008, at San Francisco, California.

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BN 2184427v4                                                    CV-08-03897 JSW

PROOF OF SERVICE

1
2    Mushen Aldridge _____    _____
                                                      (Signature)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BN 2184427v4

CV-08-03897 JSW

**PROOF OF SERVICE**