IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 22, 2008             **Court Reporter:** Kathy Wyatt

**CASE NO.: C- 08-3897   JSW**

**TITLE:** Rand International, Inc., v. LucasFilm, Ltd.

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

Jonathan Cooperman                    James Brosnahan
Richard Darwin                        Judson Lobdell

**PROCEEDINGS:**    Hearing on Temporary Restraining Order

**RESULTS:**    *The Court **tentatively DENIES** Plaintiff's ex parte application for a temporary restraining order.*

    The Court heard argument from counsel.
    The motions are taken under submission.
    A written ruling shall issue.

    Counsel shall order and share in the cost of a transcript of these proceedings.