1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5
   JAMES W. HUSTON (CA SBN 115596)
6  JHuston@mofo.com
   MORRISON & FOERSTER LLP
7  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
8  Telephone: 858.720.5100
   Facsimile: 858.720.5125
9
   Attorneys for Defendant
10 LUCASFILM LTD.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | RAND INTERNATIONAL, INC., | Case No. CV-08 -3897-JSW
15 |         Plaintiff,        | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
16 |   v.                      |
17 | LUCASFILM LTD.,            | Judge:    Hon. Jeffrey S. White
18 |         Defendant.         |

STIPULATION TO EXTEND TIME TO RESPOND
Case No. CV 08-03897 JSW
sf-2569297

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Rand International, Inc. and defendant Lucasfilm LTD., through their respective attorneys, that the time by which defendant may plead or otherwise respond to the operative complaint shall be extended to and including October 6, 2008.  There have been no previous modifications of any deadlines in this case and the stipulated extension does not alter any event or deadline already in this case.

Dated:  September 3, 2008    MORRISON & FOERSTER LLP

By:    /s/ Judson Lobdell
       Judson Lobdell

       Attorneys for Defendant
       LUCASFILM LTD.

Dated: September 3, 2008    JONATHAN COOPERMAN
                            KELLEY DRYE & WARREN

By:    /s/ Jonathan Cooperman
       Jonathan Cooperman

       Attorneys For Plaintiff
       RAND INTERNATIONAL, LLC.

GENERAL ORDER 45 ATTESTATION

I, Geoffrey Graber, am the ECF User whose ID and password are being used to file this Notice of Appearance.  In compliance with General Order 45, X.B., I hereby attest that Judson Lobdell and Jonathan Cooperman have concurred in this filing.

Dated:  September 3, 2008    MORRISON & FOERSTER LLP

By: /s/ Geoffrey Graber
    Geoffrey Graber

STIPULATION TO EXTEND TIME TO RESPOND
Case No. CV 08-03897 JSW
sf-2569297

1