1  JAMES J. BROSNAHAN (CA SBN 34555)
   JBrosnahan@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5
   JAMES W. HUSTON (CA SBN 115596)
6  JHuston@mofo.com
   MORRISON & FOERSTER LLP
7  12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
8  Telephone: 858.720.5100
   Facsimile: 858.720.5125
9
   Attorneys for Defendant
10 LUCASFILM LTD.

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14 RAND INTERNATIONAL, INC.,            Case No. CV-08-3897-JSW

15              Plaintiff,              **PROOF OF SERVICE**

16      v.
                                        Judge:    Hon. Jeffrey S. White
17 LUCASFILM LTD.,

18              Defendant.

19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
Case No. CV 08-03897 JSW
sf-2570296

**PROOF OF SERVICE**

I, Patti Pomerantz, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 425 Market Street, San Francisco, California, 94105.

On September 3, 2008, I served the following documents on all parties to the action by electronic service pursuant to the Northern District of California's ECF system.

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On September 3, 2008, I served additional copies of the above-referenced document by:

**U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

Jonathan K. Cooperman
Elana Glatt
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on September 3, 2008 in San Francisco, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. .

| Patti Pomerantz | /s/ Patti Pomerantz |
|---|---|
| (typed) | (signature) |

PROOF OF SERVICE
Case No. CV 08-03897 JSW
sf-2570296

1